**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: JILL B. WEINTRAUB 1997      : No. 614 MAL 2014
TRUST                               :
                                        :
                                        : Petition for Allowance of Appeal from the
PETITION OF: EDWARD FACKENTHAL  : Order of the Superior Court
& ANN HAMILTON             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.